13

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

D-1 GARY REED,
D-2 ANDRE WILLIAMS,
D-3 LINDA WORD,
D-4 CORDNEY CUMBERLANDER,
D-5 DUJUAN CUMBERLANDER,
D-6 RONALD REDMAN, and
D-7 JEFFREY HERRON,

          Defendants.

_____/

Case: 2:26-cr-20232
Assigned To : Grey, Jonathan J.C.
Referral Judge: Patti, Anthony P.
Assign. Date : 4/21/2026
Description: SEALED MATTER (SS)

Violations:
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 1956(h)

## Indictment

The Grand Jury charges that:

## Count One
## Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine
## 21 U.S.C. §§ 846 & 841(a)(1)

D-1 GARY REED
D-2 ANDRE WILLIAMS
D-3 LINDA WORD
D-4 CORDNEY CUMBERLANDER
D-5 DUJUAN CUMBERLANDER
D-6 RONALD REDMAN
D-7 JEFFREY HERRON

From in or around December 2021, through in or around April 2025, in the Eastern District of Michigan, and elsewhere, the defendants, GARY REED, ANDRE WILLIAMS, LINDA WORD, CORDNEY CUMBERLANDER, DUJUAN CUMBERLANDER, RONALD REDMAN, and JEFFREY HERRON, knowingly and intentionally combined, conspired, confederated, and agreed with each other and with persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

With respect to each defendant, GARY REED, ANDRE WILLIAMS, LINDA WORD, CORDNEY CUMBERLANDER, DUJUAN CUMBERLANDER, RONALD REDMAN, and JEFFREY HERRON, the controlled substances involved in the conspiracy attributable to him or her as a result of his or her own conduct, and the conduct of other conspirators reasonably foreseeable to him or her, are 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its

2

isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

## Count Two
### Possession of Methamphetamine with Intent to Distribute
### 21 U.S.C. § 841(a)(1)

D-6 RONALD REDMAN

On or about December 10, 2024, in the Eastern District of Michigan, the defendant, RONALD REDMAN, knowingly and intentionally possessed with intent to distribute a controlled substance, that is, 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

3

## Count Three
## Attempted Possession of Methamphetamine with Intent to Distribute
## 21 U.S.C. §§ 846 & 841(a)(1)

D-4 CORDNEY CUMBERLANDER
D-5 DUJUAN CUMBERLANDER

On or about February 1, 2025, in the Eastern District of Michigan, the defendants, CORNDEY CUMBERLANDER and DUJUAN CUMBERLANDER, knowingly and intentionally attempted to possess with intent to distribute a controlled substance, that is, 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and (b)(1)(A)(viii).

## Count Four
## Possession of Methamphetamine with Intent to Distribute
## 21 U.S.C. § 841(a)(1)

D-7 JEFFREY HERRON

On or about March 6, 2025, in the Eastern District of Michigan, the defendant, JEFFREY HERRON, knowingly and intentionally

4

possessed with intent to distribute a controlled substance, that is, 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

### Count Five
**Possession of Fentanyl with Intent to Distribute**
**21 U.S.C. § 841(a)(1)**

D-7 JEFFREY HERRON

On or about March 6, 2025, in the Eastern District of Michigan, the defendant, JEFFREY HERRON, knowingly and intentionally possessed with intent to distribute a controlled substance, that is, 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vi).

5

## Count Six
### Possession of a Firearm in Furtherance of a Drug-Trafficking Crime
### 18 U.S.C. § 924(c)(1)(A)

D-7 JEFFREY HERRON

On or about March 6, 2025, in the Eastern District of Michigan, the defendant, JEFFREY HERRON, knowingly possessed a firearm in furtherance of a drug-trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to possess with intent to distribute a controlled substance, as charged in Count One of this Indictment; in violation of Title 18, United States Code, Section 924(c)(1)(A).

## Count Seven
### Possession of a Firearm by a Convicted Felon
### 18 U.S.C. § 922(g)(1)

D-4 CORDNEY CUMBERLANDER

On or about April 10, 2025, in the Eastern District of Michigan, the defendant, CORDNEY CUMBERLANDER, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate and foreign commerce, a firearm, that is, a Springfield XD .45 caliber

6

pistol and a Smith & Wesson M&P AR-15 rifle, in violation of Title 18,

United States Code, Section 922(g)(1).

## Count Eight
### Conspiracy to Launder Monetary Instruments
### 18 U.S.C. § 1956(h)

D-1 GARY REED
D-2 ANDRE WILLIAMS
D-5 DUJUAN CUMBERLANDER

From in or around January 2024, through in or about April 2025,

in the Eastern District of Michigan, and elsewhere, the defendants,

GARY REED, ANDRE WILLIAMS, and DUJUAN CUMBERLANDER,

knowingly combined, conspired, and agreed with each other and with

other persons known and unknown to the Grand Jury, to commit

offenses in violation of Title 18, United States Code, Section 1956, to

wit:

(1) to knowingly conduct and attempt to conduct financial

transactions affecting interstate and foreign commerce, which

transactions involved the proceeds of a specified unlawful activity, that

is, possession of a controlled substance with intent to distribute and

distribution of a controlled substance, in violation of Title 21, United

7

States Code, Section 841(a)(1), and conspiracy to commit those offenses, in violation of Title 21, United States Code, Section 846, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and knowing, while conducting and attempting to conduct such financial transactions, that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); and

(2)   to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of a specified unlawful activity, that is, possession of a controlled substance with intent to distribute and distribution of a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and conspiracy to commit those offenses, in violation of Title 21, United States Code, Section 846, knowing that the transactions were designed in whole and in part to avoid a transaction reporting requirement under State or Federal law, and

8

knowing, while conducting and attempting to conduct such financial transactions, that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(ii);

All in violation of Title 18, United States Code, Section 1956(h).

### Forfeiture Allegations

The allegations contained in Counts One through Eight of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture under Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 982(a)(1).

Pursuant to Title 21, United States Code, Section 853(a), any defendant convicted of one or more offenses charged in Counts One through Five of the Indictment, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses, violations of Title 21, United States Code, Section 846 and 841, and any property

9

used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses.

Under Title 18, United States Code, Section 924(d)(1) together with Title 28, United States Code, Section 2461(c), upon conviction of the offenses in violation of Title 18, United States Code, Sections 922(g) set forth in Counts Six and Seven of this Indictment, the defendant, shall forfeit to the United States of America, any firearm or ammunition involved in or used in any knowing violation of the offenses.

Pursuant to Title 18, United States Code, Section 982(a)(1), the defendants convicted of the money laundering offense charged in Count Eight of the Indictment shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property.

As part of the forfeiture in this case and upon conviction of the defendants, the United States intends to seek entry of forfeiture money judgments against the defendants representing the proceeds obtained by each defendant as result of their violations of Counts One through

Five of the Indictment, and the value of the property involved in the violation of Count Eight of the Indictment.

If any of the property described above, as a result of any act or omission of the defendants:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

11

the United States of America shall be entitled to forfeiture of substitute

property under Title 21, United States Code, Section 853(p), as

incorporated by Title 18, United States Code, Section 982(b)(1) and

Title 28, United States Code, Section 2461(c).

**This is a True Bill.**

/s/ Grand Jury Foreperson
Grand Jury Foreperson

Jerome F. Gorgon Jr.
United States Attorney

/s/ Thomas Franzinger
Thomas Franzinger
Chief, Organized Crime Unit

/s/ Paul A. Kuebler
Paul A. Kuebler
Assistant United States Attorney

Dated: April 21, 2026

| United States District Court Eastern District of Michigan | Criminal Case Cov | Case: 2:26-cr-20232 Assigned To : Grey, Jonathan J.C. Referral Judge: Patti, Anthony P. Assign. Date : 4/21/2026 Description: SEALED MATTER (SS) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to com

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: $\mathcal{PK}$ |

Case Title: USA v. Gary Reed et. al.

County where offense occurred : Wayne

Check One:     ☒ Felony          ☐ Misdemeanor          ☐ Petty

____✓ Indictment/____ Information --- **no** prior complaint.
____ Indictment/____ Information --- based upon prior complaint [**Case number:**                    ]
____ Indictment/____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

April 21, 2026
Date

Paul Kuebler, Assistant U.S. Attorney
211 W. Fort St., Ste 2001
Detroit, MI 48226
Fax:   313-226-2311
E-Mail address: Paul.Kuebler@usdoj.gov
Attorney Bar #: NY4268561

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/16